No. 00–6830. EDMONSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7067. CARTER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–400. KEANE, SUPERINTENDENT, WOODBURNE CORRECTIONAL FACILITY *v.* FLORES. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–462. FLORIDA *v.* PERKINS. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–483. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY *v.* FINFROCK. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–433. WESTSIDE QUIK SHOP, INC., ET AL. *v.* STEWART ET AL. Sup. Ct. S. C. Motions of South Carolina Association of Convenience Stores, R. L. Jordan Oil Company of North Carolina, Inc., South Carolina Coin Operators' Association, Inc., and Ingram Investments, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–447. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. 2d Cir. Motion of Urban Comm-North Carolina, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–531. NATER *v.* RILEY, SECRETARY OF EDUCATION. C. A. Fed. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 99–1847. DEWBERRY *v.* TEXAS UTILITIES ELECTRIC CO., *ante,* p. 815;
No. 99–1849. TSU ET UX. *v.* VOS ET AL., *ante,* p. 815;
No. 99–1891. KEANE *v.* IBM PENSION PLAN, *ante,* p. 817;

No. 99–1935. COLUMBUS-AMERICA DISCOVERY GROUP, INC. *v.* ATLANTIC MUTUAL INSURANCE CO. ET AL., *ante*, p. 918;

No. 99–1980. NEXTWAVE PERSONAL COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION, *ante*, p. 924;

No. 99–2054. SAAVEDRA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HJALMARSSON, DECEASED, ET AL. *v.* KOREAN AIR LINES CO., LTD., *ante*, p. 826;

No. 99–8992. LITTLES *v.* UNITED STATES, *ante*, p. 829;

No. 99–9337. MATTATALL *v.* VOSE, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, 530 U. S. 1221;

No. 99–9445. SMALLWOOD *v.* GIBSON, WARDEN, ET AL., *ante*, p. 833;

No. 99–9446. HEIM *v.* NEBRASKA ET AL., *ante*, p. 833;

No. 99–9468. SHABAZZ, FKA HURLEY *v.* NEW YORK, 530 U. S. 1280;

No. 99–9476. SPERO *v.* UNITED STATES, *ante*, p. 833;

No. 99–9526. BATES *v.* FLORIDA, *ante*, p. 835;

No. 99–9543. MMAHAT *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, *ante*, p. 836;

No. 99–9562. JOHNSON *v.* BRAXTON, WARDEN, *ante*, p. 836;

No. 99–9612. WILSON *v.* GEORGIA, *ante*, p. 838;

No. 99–9644. PACE *v.* GEORGIA, *ante*, p. 839;

No. 99–9668. IN RE CAGLE, *ante*, p. 810;

No. 99–9914. JAMES *v.* CITY OF ROCK HILL ET AL., *ante*, p. 850;

No. 99–9946. BUCKOM *v.* O'KONEK, *ante*, p. 852;

No. 99–9975. KINERMON *v.* GARCIA, WARDEN, *ante*, p. 853;

No. 99–9979. WILLIAMS *v.* EPPS, *ante*, p. 854;

No. 99–10002. CHANDLER *v.* DEKALB COUNTY BOARD OF COMMUNITY SERVICES, *ante*, p. 855;

No. 99–10004. MINOR *v.* WETHERINGTON ET AL., *ante*, p. 855;

No. 99–10026. MOORE *v.* PHELPS DODGE WIRE MAGNET CO., *ante*, p. 856;

No. 99–10065. WILLIAMSON *v.* DALLAS INDEPENDENT SCHOOL DISTRICT, *ante*, p. 858;

No. 99–10067. SMITH *v.* CHAPMAN, WARDEN, *ante*, p. 858;

No. 99–10113. TOMPKINS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 861;

No. 99–10140. FUSTER-ESCALONA *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL., *ante*, p. 863;

No. 99–10146. GLAVIS *v.* GARCIA, WARDEN, ET AL., *ante*, p. 863;

No. 99–10150. SMITH *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., *ante,* p. 863;

No. 99–10178. WALTON ET AL. *v.* UNITED STATES, *ante,* p. 865;

No. 99–10209. CHEN *v.* MOTOROLA, INC., *ante,* p. 866;

No. 99–10210. CORNELIUS *v.* RODATUS ET AL., *ante,* p. 866;

No. 99–10211. CLOUD *v.* COMMUNITY WORKS, INC., ET AL., *ante,* p. 866;

No. 99–10214. SETLIFF *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 867;

No. 99–10216. ACEVEDO *v.* GARRAGHTY, WARDEN, *ante,* p. 867;

No. 99–10231. REED *v.* OHIO, *ante,* p. 868;

No. 99–10235. GOODRICH *v.* FLORIDA ET AL., *ante,* p. 868;

No. 99–10247. BAEZ *v.* HALL, WARDEN, *ante,* p. 869;

No. 99–10262. BILLEMEYER *v.* NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL., *ante,* p. 870;

No. 00–92. HAWKINS *v.* PEPSICO, INC., DBA PEPSI-COLA NORTH AMERICA ET AL., *ante,* p. 875;

No. 00–114. KALLEMBACH *v.* ZEUSKE ET AL., *ante,* p. 876;

No. 00–115. DEICHMANN ET AL. *v.* BOEING CO., *ante,* p. 877;

No. 00–206. KENDALL *v.* UNITED STATES, *ante,* p. 879;

No. 00–267. ASHLEY *v.* BLUE CROSS AND BLUE SHIELD OF MICHIGAN, *ante,* p. 944;

No. 00–293. VINSON ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, *ante,* p. 929;

No. 00–296. KALLEMBACH *v.* BECHTOLT, DBA PRESIDENT, VILLAGE OF SOUTH WAYNE, ET AL., *ante,* p. 929;

No. 00–308. VINSON *v.* MISSISSIPPI REAL ESTATE APPRAISAL LICENSING BOARD, *ante,* p. 944;

No. 00–5044. YUSKO *v.* TRUGREEN-CHEMLAWN ET AL., *ante,* p. 883;

No. 00–5100. POSEY *v.* GEORGIA BUREAU OF PRISONS ET AL., *ante,* p. 886;

No. 00–5103. TOKAR *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 886;

No. 00–5122. THAMMAVONG *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 887;

No. 00–5129. RICHARD *v.* VIRGINIA, *ante,* p. 887;

No. 00–5134. BOYD *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante,* p. 887;

1032

No. 00–5249. SCHEIDLY *v.* ST. PAUL MERCURY INSURANCE CO., *ante,* p. 894;

No. 00–5279. IN RE MUA, *ante,* p. 809;

No. 00–5295. STRONG *v.* ROBINSON, WARDEN, *ante,* p. 896;

No. 00–5303. KIRCHNER *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, *ante,* p. 897;

No. 00–5360. DEBLASIO *v.* UNITED STATES, *ante,* p. 900;

No. 00–5368. DAVIS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 900;

No. 00–5399. WHITE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 902;

No. 00–5408. NOVOSAD *v.* REPUBLIC BANK FOR SAVINGS, FKA MANHATTAN SAVINGS BANK, *ante,* p. 903;

No. 00–5423. ALLEN *v.* MASSIE, WARDEN, *ante,* p. 903;

No. 00–5433. BOATENG *v.* INTERAMERICAN UNIVERSITY, INC., ET AL., *ante,* p. 904;

No. 00–5474. REED *v.* BENNETT ET AL., *ante,* p. 931;

No. 00–5491. COTHRUM *v.* HARGETT, WARDEN, *ante,* p. 932;

No. 00–5539. STARKS *v.* KAPTURE, WARDEN, *ante,* p. 933;

No. 00–5566. IN RE SESARIO DEPINEDA, *ante,* p. 809;

No. 00–5580. HARRISON *v.* PINELLAS COUNTY COMMISSIONERS ET AL., *ante,* p. 934;

No. 00–5600. LEGASPI *v.* FIRST AMERICA BANK OF ILLINOIS, *ante,* p. 910;

No. 00–5604. SCOTT *v.* JOHNSON, WARDEN, ET AL., *ante,* p. 910;

No. 00–5622. LIMEHOUSE *v.* RED LOBSTER, *ante,* p. 911;

No. 00–5626. ANTHONY *v.* LOUISIANA, *ante,* p. 934;

No. 00–5641. TRAVIS *v.* OHIO, *ante,* p. 911;

No. 00–5648. LUCIOUS *v.* UNITED STATES, *ante,* p. 911;

No. 00–5696. FALKIEWICZ *v.* CITY OF WESTLAND ET AL., *ante,* p. 912;

No. 00–5803. MOORE *v.* UNITED STATES, *ante,* p. 914; and

No. 00–5994. MOORE *v.* UNITED STATES, *ante,* p. 938. Petitions for rehearing denied.

No. 99–9353. MARCELLO *v.* MAINE DEPARTMENT OF HUMAN SERVICES, 530 U. S. 1279. Motion for leave to file petition for rehearing denied.